UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOSHLYN M. WASHINGTON, Individually and as Parent and Natural Guardian of J. M. B., an infant,

                              Plaintiff,

- vs -

CSX TRANSPORTATION, INC.,

                              Defendant.

**CERTIFICATE OF SERVICE**

Civil Action No.
1:18-cv-00218

      The undersigned attorney hereby certifies that on the 8th day of February, 2018 a copy of a Corporate Disclosure Statement was served via the U.S. postal service upon the following:

      Patrick J. Donoghue, Esq.
      GODWIN HURLEY & DONOGHUE, LLP
      1234 Delaware Avenue
      Buffalo, New York   14209
      Tel: (716) 844-8350
      Email:  pdonoghue@godwinhurleylaw.com

DATED:      Buffalo, New York
                 February 8, 2018

                                        NIXON PEABODY LLP

                                        By:   /s/ Susan C. Roney
                                               Susan C. Roney, Esq.
                                       *Attorneys for Defendant*
                                       40 Fountain Plaza, Suite 500
                                       Buffalo, New York 14202
                                       Tel: (716) 853-8100
                                       Email: sroney@nixonpeabody.com