# GODWIN · HURLEY · DONOGHUE LLP

1234 Delaware Avenue, Suite 2, Buffalo, New York 14209
P 716-844-8350  F 716-235-2500 (not for service)

ROBERT W. GODWIN*
rgodwin@godwinhurleylaw.com
(*also licensed in Massachusetts)

THOMAS P. HURLEY
thurley@godwinhurleylaw.com

PATRICK J. DONOGHUE
pdonoghue@godwinhurleylaw.com

May 16, 2019

**VIA E-MAIL & US MAIL:** schroeder@nywd.uscourts.gov
Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge
Unites States District Court
U.S. Courthouse
Cattaraugus Courtroom, 5th Floor
2 Niagara Square
Buffalo, New York 14202

Re: Jashalyn M. Washington, Indiv. and as p/n/g of J.M.B., an infant vs. CSX Transportation, Inc.
Civil Action No: 1:18-cv-00218(LJV)(HKS)

Dear Magistrate Judge Schroeder:

With reference to the Court's Amended Case Management Order dated January 2, 2019 (Docket No. 14) we write to request jointly with defense counsel, a 180-day extension of all deadlines outlined in the Court's Amended Case Management Order.

As the Court is aware, we conducted limited depositions of the infant Plaintiff and his two companions on July 26, 2018 and participated in a mediation on December 22, 2018 with Douglas Coppola, which was unsuccessful. Since then, both parties have exchanged substantial discovery. Due to the infant Plaintiff being in school, we have not been able to do his remaining deposition. Discovery has revealed multiple witnesses, many of whom have retired. At least one witness now lives out of state and one witness lives out of the country. At this time, we have set aside dates in July to conduct some of the depositions and to conduct a site inspection.

Defense counsel has been consulted in this matter and we are in agreement about the need for the extension of discovery deadlines due to the number and location of various witnesses. Mrs. Roney and I respectfully request that all the current deadlines be extended by 180 days.

Respectfully yours,

GODWIN HURLEY DONOGHUE, LLP

Patrick J. Donoghue, Esq.
pdonoghue@godwinhurleylaw.com

PJD/cak
CC: Susan C. Roney, Esq. (via e-mail only)