UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JASHALYN M. WASHINGTON, Individually and as Parent and Natural Guardian of J.M.B., an infant,

    Plaintiff,

vs.

CSX TRANSPORTATION, INC.,

    Defendant.

---

**NOTICE OF PETITION**

**Civil Action No.:**
**1:18-cv-00218 (LJV/HKS)**

**PLEASE TAKE NOTICE** that, upon the annexed Petition of PATRICK J. DONOGHUE, Esq., sworn to the 13th day of December, 2019, the Affidavit of Petitioner, JASHALYN WASHINGTON, as Parent and Natural Guardian of J.M.B., an Infant, sworn to the 13th day of December, 2019, and upon all prior pleadings and proceedings heretofore had herein, the undersigned will move this Court at a Special Term thereof, United States District Court, Western District of New York, on the ___ day of January, 2019 at 9:30 a.m. of that day or as soon thereafter as counsel may be heard for an Order settling the above-entitled action on behalf of the Infant Petitioner, J.M.B. and for such other relief the Court may deem just and proper.

DATED:    December 13th, 2019
              Buffalo, New York

                                         GODWIN HURLEY DONOGHUE, LLP

                                         Patrick J. Donoghue, Esq.
                                         Attorneys for Plaintiffs/Petitioners
                                         1234 Delaware Avenue
                                         Buffalo, New York 14209
                                         Phone: (716) 844-8350
                                         Fax: (716) 235-2500
                                         Pdonoghue@godwinhurleylaw.com