

# EXHIBIT "A"
Filed under Seal

# EXHIBIT "B"

Filed under Seal

# EXHIBIT "C"
Filed under Seal



# EXHIBIT "D"

Filed under Seal



# EXHIBIT "E"

Filed under Seal

# EXHIBIT "F"

Filed under Seal

# EXHIBIT "G"

Filed under Seal

# EXHIBIT "H"

Filed under Seal



# EXHIBIT "I"

Filed under Seal

# EXHIBIT "J"

Filed under Seal

# EXHIBIT "K"

Filed under Seal