# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JASHALYN M. WASHINGTON, Individually and as
Parent and Natural Guardian of J.M.B., an infant,

           Plaintiff,

vs.

CSX TRANSPORTATION, INC.,

           Defendant.

**Civil Action No.:
1:18-cv-00218 (LJV/HKS)**

---

## MEMORANDUM OF LAW IN SUPPORT OF
## MOTION TO APPROVE INFANT SETTLEMENT