UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JOSHLYN M. WASHINGTON, Individually and as
Parent and Natural Guardian of J.M.B., an infant,

                     Plaintiffs,

vs.

CSX TRANSPORTATION, INC.,

                     Defendant.

_____

**STIPULATION OF DISCONTINUANCE**

CASE NO: 1:18-cv-00218 (LJV)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the above-entitled action be, and the same is hereby discontinued, against the defendants, with prejudice and on the merits, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: January 22, 2020
Buffalo, New York

/s/ Susan C. Roney
_____
Susan C. Roney, Esq.
Nixon Peabody LLP
*Attorneys for Defendant*
40 Fountain Plaza, Suite 500
Buffalo, New York 14202
Tel: (716) 853.8100
Email: sroney@nixonpeabody.com

Dated: January 22, 2020
Buffalo, New York

/s/ Patrick J. Donoghue
_____
Patrick J. Donoghue, Esq. (2869261)
Godwin Hurley Donoghue, LLP
*Attorneys for Plaintiff*
1234 Delaware Avenue, #200
Buffalo, New York 14209
Tel: (716) 844.8350
Email: pdonoghue@godwinhurleylaw.com

SO ORDERED:

_____
Hon. Lawrence J. Vilardo, U.S.D.J.